387 A.2d 102

Bottorf, et al., Appellants, v. Waltz et al.

Argued December 6, 1977. John P. Campana, with him Campana & Campana, for appellants; John C. Youngman, Sr., H. Clay McCormick, and J. Michael Williamson, for appellees.

Order affirmed.